JAMES R. PRIVITERA, Respondent, v. CORNELIUS F. SULLIVAN, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying defendant's motion to dismiss plaintiff's complaint, without prejudice to renew at the trial at the close of plaintiff's case.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

In the Matter of FREDERIO C. BARNS, Respondent, against LEONARD C. MURPHY, Appellant, et al., Defendants.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from part of an order of Oneida Special Term granting application of petitioner and directing that attorney for legal proceedings for the Town of Westmoreland be a resident and that non-resident counsel be retained only with the consent of the resident attorney.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

RAYMOND F. MIODUCKI, Appellant, v. RICHARD P. BECHT, Defendant, and HARRY BECHT, Respondent.— Order affirmed, with $10 costs and disbursements. Memorandum: We regard the order appealed from as a discretionary order and we see no reason to disturb the discretion of the Special Term. All concur. (Appeal from an order of Erie Special Term directing plaintiff to serve a further bill of particulars, in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

ADELAIDE H. ABBOTT et al., as Executors of HENRY B. ABBOTT, Deceased, Respondents, v. SEARS, ROEBUCK AND Co., Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Ontario Special Term granting plaintiffs' motion for a discovery and inspection, in a negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.